

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-15-00205-CR |
| State, | § | Appeal from the |
| v. | § | 243rd District Court |
| CRISPEN HANSON, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20120D03212) |
|  | § |  |

## **O R D E R**

The Court GRANTS the Appellee's fourth motion for extension of time to file the brief until **May 18, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ruben P. Morales, the Appellee's Attorney, prepare the Appellee's brief and forward the same to this Court on or before May 18, 2016.

IT IS SO ORDERED this 9th day of May, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.